**Motion Granted and Order filed September 26, 2013.**



**In The**

# Fourteenth Court of Appeals

————————

**NO. 14-13-00835-CV**

————————

**IN RE SUGARLAND ANESTHESIA PLLC, STUART A. LINDE, M.D., STUART A. LINDE, M.D., PLLC, HUGH KER THOMSON, M.D., HUGH KER THOMSON, M.D., P.A., TL BILLING AND PRACTICE MANAGEMENT, LLC, AND FORT BEND MEDICAL STAFFING, LLC , Relators**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Court**
**County, Texas**
**Trial Court Cause No.**

# O R D E R

On September 25, 2013, relators, Sugarland Anethesia PLLC, Stuart A. Linde, M.D., Stuart A. Linde, M.D., PLLC, Hugh Ker Thomson, M.D., Hugh Ker Thomson, M.D., P.A., TL Billing and Practice Management, LLC, and Fort Bend Medical Staffing, LLC, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221. Relators ask this court to order the Honorable Larry Weiman, Judge of 80th District Court, in Harris County, Texas, to set aside his

September 10, 2013 amended order granting real parties in interest's motion to compel, July 16, 2013 order granting real parties in interest's motion for partial summary judgment, and July 2, 2013 order denying relators' motion for partial summary judgment, entered in trial court cause number 2012-59020, styled *Marvin Chang, M.D., P.A., et al. v. Hugh Ker Thomson, M.D., et al.* Relators claim respondent abused his discretion by entering those orders.

Relators have also filed a motion for a temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On September 25, 2013, relators asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relators' request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relators' motion and issue the following order:

We **ORDER** the trial court's September 10, 2013 amended order granting the motion to compel in trial court cause number 2012-59020, styled *Marvin Chang, M.D., P.A., et al. v. Hugh Ker Thomson, M.D., et al.*, **STAYED** until a final decision by this court on relators' petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties-in-interest, to file a response to the petition for writ of mandamus on or before **October 4, 2013.** *See* Tex. R. App. P. 52.4.


PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.

2